**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| AVKO Educational Research Foundation, Inc. v. Wave 3 Learning, and, Thomas Morrow d/b/a Sequential Spelling | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
AVKO Educational Research Foundation, Inc.

| | |
|---|---|
| NAME (Type or print) | |
| Brian T. Noack | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brian T. Noack | |
| FIRM | |
| Noack Law | |
| STREET ADDRESS | |
| 70 East Lake Street, Suite 1220 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois, 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6310587 | 239.671.1103 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐