## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan nonprofit corporation, <br><br>    Plaintiff, <br><br> v. <br><br> WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS A. MORROW, d/b/a SEQUENTIAL SPELLING, <br><br>    Defendants. | ) ) ) ) ) ) Case Number: ) ) ) ) ) ) |

**PLAINTIFF AVKO EDUCATIONAL RESEARCH FOUNDATION, INC.'S
CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

  Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff AVKO Educational Research Foundation, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock. Pursuant to L.R. 3.2, Plaintiff AVKO Educational Research Foundation, Inc. states that it has no publicly held affiliates.


Dated: April 16, 2015         Respectfully submitted,

                  By:/s/ Brian T. Noack
                  One of the attorneys for Plaintiff

                  Brian Noack
                  NOACK LAW
                  70 East Lake, Suite 1220
                  Chicago, Illinois 60601
                  P 239.671.1103
                  F 708.843.0509