AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __NDIL__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>15cv3393 | DATE FILED<br>4/16/2015 | U.S. DISTRICT COURT<br>NDIL | |
|---|---|---|---|
| PLAINTIFF<br>AVKO Educational Resource Foundation, Inc. | | DEFENDANT<br>Thomas Morrow et al. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 SEE ATTACHED | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Gregory Young | DATE |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

are presently not teaching; (c) to widely disseminate its discoveries of techniques and materials that enable dyslexics to learn to read and to spell; d) to make available to the public its discoveries; and, (e) to help support its mission, AVKO publishes its copyrighted materials.

13. AVKO owns all copyrights and trademarks in The Works.

14. AVKO's federally registered copyrights include:

| Copyright Number | Name | Year |
|---|---|---|
| TX0007582184 | If it is to BE . . . It is up to me to do it | 2003 |
| TX0007573205 | Sequential Spelling 2 | 2006 |
| TX0007573207 | Sequential Spelling 3 | 2006 |
| TX0007573219 | Sequential Spelling 4 | 2006 |
| TX0007573235 | Sequential Spelling 5 | 2006 |
| TX0007573278 | Sequential Spelling 6 | 2006 |
| TX0007570538 | Sequential Spelling 7 | 2006 |
| TX0007582356 | Sequential Spelling for Adults | 1998 |
| PA0001857872 | Sequential Spelling 1 | 2009 |
| PA0001857873 | Sequential Spelling 2 | 2009 |
| PA0001857874 | Sequential Spelling 3 | 2010 |
| PA0001857875 | Sequential Spelling 4 | 2011 |
| PA0001915566 | Sequential Spelling DVD Volume 5, Version 2.0 | 2013 |
| TX0007572942 | Patterns of English Spelling with New Word Families in Sentence Context | 2008 |
| TX0007573818 | Basic Patterns of English Spelling with Unabridged Examples | 1991 |
| TX0007477279 | Sequential Spelling 1 | 2008 |
| TX0007477506 | To Teach A Dyslexic | 1995 |
| A928855 | AVKO "10-4-1" Cards | 1977 |
| A711306 | AVKO Student Record Book | 1975 |
| A716108 | Individually Guided Typing | 1975 |
| A815786 | Student Record Book for Reading Via Typing | 1976 |
| A716107 | Reading Via Typing | 1975 |
| A611728 | AVKO Sequential Spelling Tests - Series One | 1974 |
| A716103 | AVKO Sequential Spelling Tests - Series One | 1975 |
| A716104 | AVKO Sequential Spelling Tests - Series Two | 1975 |
| A716102 | AVKO Sequential Spelling Tests - Series Three | 1975 |
| A716101 | AVKO Sequential Spelling Tests - Series Four | 1975 |
| A716105 | AVKO Sequential Spelling Tests - Series Five | 1975 |

| | | |
|---|---|---|
| A815787 | Spoken Dialect Translation Exercises Student Record Book | 1976 |
| A815785 | Student Record Book for Individually Guided Typing | 1976 |
| A848352 | AVKO Student Record Book | 1976 |
| A716106 | Word Families in Sentence Context | 1975 |

15. AVKO granted Instructional Media Innovations, Inc. ("IMI") a license to redesign, develop, and implement Digital Video Disc adaptations (DVDs). The license includes copyright numbers PA0001857872 (*Sequential Spelling 1*), PA0001857873 (*Sequential Spelling 2*), PA0001857874 (*Sequential Spelling 3*), PA0001857875 (*Sequential Spelling 4*), and PA0001915566 (*Sequential Spelling DVD Volume 5, Version 2.0*).

## THE 2010 CONTRACT

16. In 2009, while looking for additional distributors at the Florida Parent Educators Association's home-schooling conference/tradeshow, McCabe met Morrow, the then-CEO of Home School Holdings, Inc. ("HSH").

17. Ten days later, AVKO and HSH entered into discussions for AVKO to license publishing rights to The Works to HSH.

18. After months of negotiations, AVKO and HSH agreed on an acceptable contract. While it would be a few months before the parties executed the contract, the terms of the executed contract between HSH and AVKO, in relevant part, are as follows:

    a. HSH agreed to pay AVKO $50,000 in cash and stock in HSH worth $250,000 upon closing in exchange for the right to publish The Works and HSH further agreed to pay AVKO $50,000 in cash and another $250,000 in HSH stock, due once HSH made $300,000 in gross revenue;

    b. AVKO would be paid an additional $10,000 in cash and an additional

5