UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AVKO EDUCATION RESEARCH FOUNDATION, INC., | ) ) ) |
| Plaintiff, | ) Case No. 15-cv-3393 ) |
| v. | ) Judge John W. Darrah ) |
| WAVE 3 LEARNING, INC., *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

Initial status hearing set for June 17, 2015 at 9:30 a.m.

Date: 4/22/2015                                                                         /s/ John W. Darrah