# EXHIBIT B

## Sequential Spelling
Help and Success for the Struggling Student
Challenge and Achievement for the Excelling Student

Wave 3 Learning, Inc.

Home    Our Products    Testimonial and Reviews    Where to Buy    Teaching Spelling    Dyslexia    About Us

## Home

**Give Us 20 Minutes a Day….We Will Give Your Students the Written World!**

**V2.11 Compatible with iOS 7 Now Available!**
**Proceed to the App Store Here!**
**Need a User Guide for the Sequential Spelling App?**
**Click Here!**



**Users of Level 2: The 2nd Evaluation Test Must Be Replaced.**
**Please Download HERE**

Welcome to the Home of Sequential Spelling and its associated products! Sequential Spelling has been described as "the best spelling program in the world, indeed the only spelling program that really works!". For almost 40 years, home educators and parents supplementing their childrens' classroom instruction have proven that the approach taken by Sequential Spelling works....it works for dyslexic learners, struggling spellers, and children who are gifted. Please enter our site, watch our videos, read our articles and editorials and find out for yourself what more than half a million home educated kids have already found out: Sequential Spelling works!

**Article of the Day**
**Facts on the Teaching of Spelling**
www.heinemann.com
**Read it Now!**

**Video of the Day**
**Pattern Spelling**
**By WETA Boston PBS**
**Watch it Now!**

This Site is Dedicated to the Principle That All Children Can Learn to Read, Write and Spell.
Further, We Believe Every Child Has the Right to Receive Whatever Help We, as Society's Adults, Can Reasonably Provide.
Without Regard to Orthodoxies, Bureaucracies, or Any Other Interest of Adults.

**evaluation_tests_lev_2.pdf**
**77.1 KB**

Content copyright 2015. Wave 3 Learning, Inc. All rights reserved.



# Sequential Spelling
Help and Success for the Struggling Student
Challenge and Achievement for the Excelling Student

Wave 3 Learning, Inc.

Home    Our Products    Testimonial and Reviews    Where to Buy    Teaching Spelling    Dyslexia    About Us

## Give Us 20 Minutes A Day.  We Will Give Your Student the Written World!



Sequential Spelling is based on the classic *Orton-Gillingham* approach of *multi-sensory instruction*.  Rather than teaching lists of thematic words, Sequential Spelling teaches spelling word families (e.g. *consonant* + *eg* family....Leg, Peg, Beg).  This enables the child to learn spelling *inductively*, the exact same way they learned to speak and to walk.  This form of instruction is especially effective for children who struggle with rules, have attention challenges or are dyslexic because the letters are learned in sound context rather than through *rote memorization*.

# Sequential Spelling
Help and Success for the Struggling Student
Challenge and Achievement for the Excelling Student

Wave 3 Learning, Inc.

Home    Our Products    Testimonial and Reviews    Where to Buy    Teaching Spelling    Dyslexia    About Us

## About Us

**Mission**
Our goal is to provide the highest quality language arts curricula for students educating at home and those in the classroom at prices that are affordable to cost conscious families and schools.  While our works are all firmly rooted in the research, we will never place ideology before instruction.  The student's success at learning and achieving are the final measures of the effectiveness of any curricula.  Above all, we want to pass the love of reading and writing well on to every member of the next generation!

**Contact Us**
By Phone or Fax: 888-WAV-3LRN (928-3576)

By Email Click Here

By Surface Mail:
126 E. Wing St. Ste 240
Arlington Heights, IL 60004

Sequential Spelling copyrights and trademarks have been licensed exclusively to Wave 3 Learning, Inc. in perpetuity throughout the world.

Content copyright 2015. Wave 3 Learning, Inc. All rights reserved.



# Sequential Spelling
Help and Success for the Struggling Student
Challenge and Achievement for the Excelling Student

Wave 3 Learning, Inc.

Home    Our Products    Testimonial and Reviews    Where to Buy    Teaching Spelling    Dyslexia    About Us

## Keyboarding



Keyboarding is the most basic skill of the technological world. Until computers learn to read our thoughts, the fastest and most accurate means of getting directions into a computer and thus useful information out is by keyboarding. Any task of creation on the computer (programming, writing, use of spreadsheets or databases) similarly requires high facility with the keyboard.

Students should begin basic mouse/GUI use instruction as early as age 4. Children can learn by pointing the mouse in games and other fun exercises.

Students should begin keyboarding instruction as early as age 7. As soon as they have a firm grasp of the alphabet and some ability to spell, they are ready to begin their journey into our technological world with the first important step: keyboarding!

Sequential Keyboarding is a program of stroke-repetition exercises. This facilitates fine motor skills and muscle memory of the tasks needed to create inputs from the keyboard.

Sequential Keyboarding follows the same pattern-learning approach of Sequential Spelling and forms an excellent simultaneous course of study and reinforcement for our spelling instruction.

Content copyright 2015. Wave 3 Learning, Inc. All rights reserved.

