**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number:    1:15-cv-03393
AVKO Educational Research Foundation, Inc. v. Wave 3 Learning, and, Thomas Morrow d/b/a Sequential Spelling

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AVKO Educational Research Foundation, Inc.

| | |
|---|---|
| NAME (Type or print)<br>Adam Wolek | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Adam Wolek | |
| FIRM<br>WOLEK & NOACK | |
| STREET ADDRESS<br>70 East Lake Street, Suite 1220 | |
| CITY/STATE/ZIP<br>Chicago, Illinois, 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6301207 | TELEPHONE NUMBER<br>312.860.9006 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>  RETAINED COUNSEL                                            APPOINTED COUNSEL | |