# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AVKO Educational Research Foundation, Inc.

V.

Wave 3 Learning, Inc. & Thomas A. Morrow, an individual d/b/a Sequential Spelling

CASE NUMBER: 15-cv-3393

ASSIGNED JUDGE: Hon. John W. Darrah

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila Finnegan

TO: (Name and address of Defendant)

Thomas A. Morrow
126 E Wing St., Suite 240
Arlington Heights, IL 60004

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Wolek & Noack
70 E Lake St., Suite 1220
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK

May 19, 2015

DATE

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan nonprofit corporation,

Plaintiff,

VS.

Court No.: 1:15-cv-03393

WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS A. MORROW, an individual d/b/a SEQUENTIAL SPELLING,

Defendants.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, David Dahl, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a Civil Case, First Amended Complaint, Order Setting Hearing, Civil Cover Sheet, Notification of Affiliates, Appearance, Change of Address and Complaint

Defendant to be served: Thomas A. Morrow

ADDRESS WHERE ATTEMPTED OR SERVED: 612 Chestnut Ave, Arlington Heights, IL, 60004

I SERVED the within named defendant on: 5/28/2015 11:51 AM

X INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that he/she resides at the above address.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**Age:** 52 **Gender:** Male **Race:** Caucasian **Height:** 5-9 **Weight:** 176-200 **Hair:** Gray **Glasses:** No

Additional Comments:
This is the defendant's usual place of abode. He signed the server sheet and gave his dob as 9-11-62 and said he was expecting these weeks ago.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of _Ill_
County of _Kane_

Subscribed and sworn before me on 5/29/15

_David Dahl_
Signature of Process Server

David Dahl
Printed Name
Process Server
Title

_Ch Dahl_
Notary Public

Page 1 of 1  File Number: 1WN052615
Reference Number: 3301947
Case Number: 1:15-cv-03393
Doc Generated: 05/28/2015 05:25:39:410 PM

603794_3301947_0_23_V4

OFFICIAL SEAL
CHRISTINA T DAHL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/10/15