**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                             Case Number:   15-cv-3393
AVKO EDUCATIONAL RESEARCH FOUNDATION,
INC., a Michigan nonprofit corporation,
v.
WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS A. MORROW, an individual d/b/a SEQUENTIAL SPELLING

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS A. MORROW, an individual d/b/a SEQUENTIAL SPELLING

| | |
|---|---|
| NAME (Type or print) <br> Chad Nold | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Chad Nold | |
| FIRM <br> Saper Law Offices, LLC | |
| STREET ADDRESS <br> 505 North LaSalle Street, Suite 350 | |
| CITY/STATE/ZIP <br> Chicago, IL 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6317549 | TELEPHONE NUMBER <br> 312-527-4100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL               APPOINTED COUNSEL | |