# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan nonprofit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 15-cv-3393 |
| | ) | Judge: Hon. John W. Darrah |
| WAVE 3 LEARNING, INC., a Nevada Corporation, and THOMAS A. MORROW, an individual d/b/a SEQUENTIAL SPELLING, | ) ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANT' MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND ATTACH COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 6(b), Wave 3 Learning, Inc. and Thomas A. Morrow, an individual d/b/a Sequential Spelling ("Defendants"), by and through their undersigned counsel, hereby move the Court to grant Defendants an extension of time to file a motion for summary judgment and counterclaims to Plaintiff's Amended Complaint. In support thereof, Defendants state as follows:

1.  Plaintiff served Defendants on May 28, 2015. Defendants have until June 18, 2015 to respond.

2.  Defendants recently retained the undersigned law firm to represent them in connection with this case.

3.  Plaintiff's Amended Complaint consists of twelve counts premised on an extensive factual record that formed the basis of two prior federal litigation cases.

      4.      Based on the pre-existing record, and in the interest of judicial efficiency, Defendants seek to file a motion for summary judgment and attach their own counterclaims.

      5.      Defendants request an additional 35 days to file their motion for summary judgment and attach counterclaims.

      6.      No party will be prejudiced by the extension requested.

      7.      This is the first request for extending the deadline for Defendants to answer, move, or otherwise respond to the Complaint.

WHEREFORE, in light of the foregoing considerations, Defendants respectfully request a thirty-five day extension of time to file a motion for summary judgment and counterclaims so that Defendants may adequately address and respond to Plaintiff's Complaint.

Respectfully submitted

/s/ Daliah Saper
Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
PH: 312.537.4100
ds@saperlaw.com

*Attorney for Defendants.*

Dated: June 18, 2015