# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan nonprofit corporation, ) ) ) ) Plaintiff, ) ) v. ) ) WAVE 3 LEARNING, INC., a Nevada Corporation, and THOMAS A. MORROW, an individual d/b/a SEQUENTIAL SPELLING, ) ) ) ) Defendants. ) ) | No. 15-cv-3393 Judge: Hon. John W. Darrah |

## RE-NOTICE OF DEFENDANTS' MOTION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND ATTACH COUNTERCLAIMS

PLEASE TAKE NOTICE that on June 23, 2015 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge presiding in his stead, and there present the Motion to Extend Time to File Motion for Summary Judgment and Attach Counterclaims.

Dated: June 18, 2015

/s/ Daliah Saper___
By: Daliah Saper
ds@saperlaw.com
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
PH: 312.537.4100

## CERTIFICATE OF SERVICE

I certify that on June 18, 2015, a copy of this Notice of Motion to Extend Time to Answer has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

Dated: June 18, 2015

/s/ Daliah Saper
By: Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle, Suite 350
Chicago, Illinois 60654
ds@saperlaw.com
PH: 312.537.4100