**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| AVKO Educational Resource Foundation, Inc. et al | Case No: 15 C 3393 |
| v. | Judge: John W. Darrah |
| Thomas A Morrow et al | |

## ORDER

Ruling on motion hearing held. Defendants' motions for extension of time to file motion for summary judgment [14, 17] are denied without prejudice with leave to re-file. Defendants to answer or otherwise plead by 8/3/15. Status hearing set for 8/19/15 is re-set to 8/20/15 at 9:30 a.m. Rule 26(a)(1) disclosures to be exchanged by 7/22/15.

(T:) 00:05

Date: 6/23/15                                                                 /s/ Judge John W. Darrah