**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                 Case Number:        15-cv-3393

AVKO EDUCATIONAL RESEARCH FOUNDATION,
INC., a Michigan nonprofit corporation,
v.
WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS A. MORROW, an individual d/b/a
SEQUENTIAL SPELLING

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS A. MORROW, an individual d/b/a
SEQUENTIAL SPELLING

| |
|---|
| NAME (Type or print)<br>Matthew R. Grothouse |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> /s/ Matthew R. Grothouse |
| FIRM<br>Saper Law Offices, LLC |
| STREET ADDRESS<br>505 North LaSalle Street, Suite 350 |
| CITY/STATE/ZIP<br>Chicago, IL 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6314834 | TELEPHONE  NUMBER<br>312-527-4100 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br><br> RETAINED COUNSEL                              APPOINTED COUNSEL |