**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|                               |                          |
|-------------------------------|--------------------------|
| AVKO Educational Resource)    | Case No: 15 C 3393       |
| Foundation, Inc. et al        )|                          |
|                              )|                          |
| v.                           )| Judge: John W. Darrah    |
|                              )|                          |
| Thomas A Morrow et al        )|                          |

## **ORDER**

Motion for order is granted [27]. Enter order.


Date:  8/13/15                            /s/ Judge John W. Darrah