UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

AVKO Educational Resource Foundation, Inc.
                                    Plaintiff,
v.                                                          Case No.: 1:15−cv−03393
                                                            Honorable John W. Darrah
Thomas A Morrow, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2015:

    MINUTE entry before the Honorable John W. Darrah: Status hearing/ruling on Defendants' Motions to Dismiss [20, 21] and hearing on Plaintiff's Motion for Preliminary Injunction [23] set for October 1, 2015 are re−set toOctober 8, 2015 at 9:30 a.m. No appearances necessary on October 1, 2015. All other dates remain as scheduled. Status hearing set for 10/8/2015 at 09:30 AM.Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.