UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AVKO EDUCATIONAL RESEARCH FOUNDATION INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 15-cv-3393 ) ) Judge John W. Darrah |
| WAVE 3 LEARNING INC. and THOMAS MORROW d/b/a SEQUENTIAL SPELLING, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Status hearing/ruling on Defendants' Motions to Dismiss [20, 21] and hearing on Plaintiff's Motion for Preliminary Injunction [23] set for October 8, 2015 are re-set to October 15, 2015 at 9:30 a.m. No appearances necessary on October 8, 2015. All other dates remain as scheduled.

Date:  10/5/2015                                  /s/ John W. Darrah