IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AVKO Educational Resource Foundation, Inc. et al | Case No: 15 C 3393 |
| v. | Judge: John W. Darrah |
| Thomas A Morrow et al | |

## ORDER

Status hearing and ruling on motion hearing held. Defendants' Motions to Dismiss [20, 21] are granted in part and denied in part. Defendants' Motions to Dismiss Counts I, II, IV, VI, and XII are denied. Defendants' Motions to Dismiss Counts III, V, VII, VIII, IX, and XI are granted without prejudice. Defendant Morrow's Motion to Dismiss all claims against him as an individual is granted without prejudice. Plaintiff may file, within thirty days of this Order, an amended Complaint as to the allegations in Counts III, V, VII, VIII, and IX, and allegations against Morrow as an individual, if they can do so pursuant to Rule 11. Enter memorandum opinion and order. Status hearing set for 11/19/15 at 9:30 a.m.

(T:) 00:10

Date: 10/15/15 /s/ Judge John W. Darrah