**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan nonprofit corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case Number: 15-cv-03393 |
| WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS MORROW, an individual d/b/a SEQUENTIAL SPELLING, | ) ) ) ) ) | Judge: Hon. John W. Darrah |
| Defendants. | ) | |

**NOTICE OF DEFENDANT'S MOTION TO STAY DISCOVERY**


**TO:   Adam Wolek**
**Brian Noack**
**WOLEK & NOACK**
**70 East Lake Street, Suite 1220**
**Chicago, Illinois 60601**
**(312) 860-9006**


**Please take notice** that on the 19th day of November, at 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable John W. Darrah or any judge is sitting in his stead, in room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present this MOTION TO STAY DISCOVERY, a copy of which is herewith served upon you.


Dated this 28th Day of October 2015


/s/ Daliah Saper
Daliah Saper

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Defendant's Motion to Stay Discovery** was served via electronic mail this 28th day of October 2015, to Defendant's counsel of record.

/s/ Daliah Saper
Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle Suite 350
Chicago, Illinois 60654
(312) 527-4100
Attorney No.: 41484
ds@saperlaw.com
(312) 527-4100

*Attorneys for Defendant Wave 3 Learning, Inc.*