UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan nonprofit corporation,<br><br>     Plaintiff,<br><br> v.<br><br>WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS MORROW, an individual d/b/a SEQUENTIAL SPELLING,<br><br>     Defendants. | Case Number: 15-cv-03393<br><br>Judge: Hon. John W. Darrah |

## NOTICE OF MOTION

**TO:**
Daliah Saper
Matt Grothouse
Chad Nold
Saper Law Offices, LLC
505 N. LaSalle, Suite 350 Chicago, Illinois 60654
ds@saperlaw.com
(312) 527-4100

**PLEASE TAKE NOTICE** that on November 10, 2015, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead in courtroom 1203 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S Dearborn St., Chicago, Illinois, and shall present Plaintiff AVKO Educational Research Foundation, Inc.'s Motion to Compel Wave 3 to Respond to Discovery.

Dated: November 4, 2015                    Respectfully submitted,

By:/s/ Adam Wolek
Adam Wolek
(adamw@wonoip.com)
Brian Noack
(briann@wonoip.com)
WOLEK & NOACK
70 East Lake Street, Suite 1220
Chicago, Illinois 60601
P 312.860.9006
F 708.843.0509
*Attorneys for Plaintiff AVKO Educational Research Foundation, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that, on November 4, 2015, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated:  November 4, 2015                    WOLEK & NOACK

                                                By:  s/ Adam Wolek
                                                Adam Wolek