# EXHIBIT C



### 2015 – MidWest Homeschool Conventions

(Revised 03/24/2015)

| EXHIBITOR | BOOTH # |
|---|---|
| 36 University ACT Prep | 2016 |
| 40 Day Prayer Covenant, Inc. | 733 |
| A Beka Academy | 1434 |
| A Beka Book | 1426, 1428, 1430, 1432, 1527, 1529, 1531, 1533 |
| Accelerated Christian Education | 1627, 1629, 1631 |
| Allon Books | 510 |
| Alpha Omega Publications | 200, 202, 204, 206, 208, 300, 302, 304, 306, 401, 403 |
| Alternative Education At Home.com | 1330 |
| American Christian Tours | 1813 |
| American Heritage Girls | 103 |
| American School | 1205 |
| Analytical Grammar | 710, 712 |
| Anatomy for Kids | 314 |
| Animal Tales, LLC | 1328 |
| Anthanasius College | 930 |
| Antonia Violins | 533 |
| Apologia | 726, 728, 730, 732, 827, 829, 831, 833 |
| Applied Inspirations, LLC - Electronics Curriculum | 1921 |
| Arky's Bookstore | 411, 413 |
| Artistic Pursuits, Inc. | 611 |
| Asbury University Academic Summer Camps & Dual Enrollment | 1329 |
| Ashbrook Center | 530 |
| Atelier | 1415 |
| Barr None Music Publisher | 729 |
| Beautiful Feet Books | 1506, 1607 |
| Belhaven University - High Scholars | 1614 |
| Berean Builders - Dr. Jay Wile | 1202, 1303 |
| Be The One-Advocates for Adoption | 536 |
| Better Dads Ministries | 1504 |
| Bible Living Resources | 1135 |
| BiblioPlan for Families | 1911, 1913 |
| Bill of Rights Institute | 1826 |

| | |
|---|---|
| BJU Press/HomeWorks by Precept | 426, 428, 430, 527, 529, 531 |
| Blackbird & Company | 817 |
| Bluefield College | 517, 519 |
| Bob Jones University | 526 |
| BooksBloom | 1620, 1721 |
| BookShark | 818, 820, 921 |
| Bows by Lisa Luann | 1815 |
| Boyce College at Southern Seminary | 830 |
| Brain Balance Achievement Centers | 1928 |
| Bridgeway Academy | 1604, 1606, 1705, 1707 |
| Bryan College | 1633 |
| Buckaroo Buckeye®/Nuts About Reading™ | 109 |
| Buckeye Online School for Success | 412, 414 |
| Building Faith Families | 1510 |
| Burton Reading | 1712 |
| BYU Independent Study | 1929 |
| Camp Lebanon Children's Camp and Retreat Center | 336 |
| Carpenter Literacy | 1416 |
| Cat and Dog Theology | 213 |
| Cathy Duffy | 813 |
| Cedarville University | 1312, 1314 |
| Celebrate Calm | 504, 506 |
| Celebrate Kids | 1110, 1211 |
| Celtic Art Store | 434 |
| Celtic College Consultants | 1534 |
| Center for Holocaust and Humanity Education | Next to Information Desk |
| CenterForLit | 810, 812 |
| Championship Chess | 537 |
| CHESS Christian School | 1316, 1318 |
| Chesterton Press | 1630 |
| Christian Liberty Press | 215 |
| Christian Light Education | 1402, 1404, 1503, 1505 |
| Christmas at the Galt House Hotel | 2034 |
| CIEE - Council on International Educational Exchange High School Program | 1834 |
| CiRCE Institute | 1131, 1133 |
| Circle C Adventures | 1031, 1033 |
| Classical Academic Press | 1127, 1129 |
| Classical Conversations | 1028, 1030, 1032 |
| Classical Historian | 1026 |
| Clearwater Christian College | 1336 |
| Clever Crazes for Kids | 1931 |
| College and Beyond | 1828 |
| College Prep Genius | 1107 |
| College Ticket in Partnership with College Options Foundation | 2028 |
| Colson Center for Christian Worldview | 1713 |

| | |
|---|---|
| Common Sense Education | 1435 |
| Compass - Finances God's Way | 1516 |
| Concerned Veterans for America | 1136 |
| Connections Academy | 534 |
| Convention of States - Ohio | 929 |
| Cornerstone Montessori School | 1634 |
| Creating a Masterpiece | 2022, 2024 |
| Creation Ministries International | 1002, 1004, 1103, 1105 |
| Critical Thinking Co. | 717, 719, 721 |
| CRSEF | 1337 |
| Csehy Summer School of Music | 1632 |
| Curriculum Express | 1704, 1706, 1805, 1807 |
| Davis College | 1733 |
| Dayton Christian Homeschool | 315, 317 |
| Dayton History | 1530 |
| Diana Waring Presents! | 1305, 1307 |
| Digital Science Fair Workbook | 500 |
| Discovery Park of America | 1729 |
| Discovery Toys | 337 |
| Doctor Aviation.com | 331 |
| Doorposts | 532 |
| Don Brown Books.com | 326 |
| eCybermission | 1816 |
| Elemental Science | 615 |
| Elim Bible Institute and College | 731 |
| Emmaus Bible College | 431 |
| Essentials in Writing | 501, 503 |
| Everyday Education/Excellence In Literature/Janice Campbell | 1302 |
| Exploration Education Science | 410 |
| Explorer's Bible Study | 1804 |
| Faith Investment Services | 1734 |
| Family Hope Center, The - Help with Autism, ADHD/ADD, Dyslexia | 1304, 1405 |
| FamilyLife | 1802 |
| Federal Junior Duck Stamp Program | 2033 |
| Fitivities - The Game That Moves You | 1927 |
| Five in a Row | 1113 |
| FlyLady, The - Marla Cilley | 1810, 1812 |
| Focus One | 2029 |
| Foreign Languages for Kids by Kids® | 1811 |
| FreedomProject Education | 1618 |
| Friend Ships | 2035 |
| Frontline Family Ministries | 1419 |
| Geo-Centric Learning | 1132 |
| GeoMatters | 226, 228, 327, 329 |
| Godstruck Ministries 4 Kids | 1132 |

| | |
|---|---|
| Good Steward Books | 1115,1117, 1119, 1121 |
| Gospel for Asia | 2018 |
| Greathall Productions (Jim Weiss Audio) | 1106, 1207 |
| Great Products | 2008, 2010, 2012, 2014 |
| Growing Healthy Homes/Young Living | 511, 513 |
| GrowNextGen | 105 |
| Harp Lessons with Darlene - Learn On-Line! | 635 |
| Healthy Home Ec | 2032 |
| Hearts at Home | 1213 |
| Heart of Dakota | 116, 118, 120, 217, 219, 221 |
| HEDUA (Well Planned Day Planners & Home Educating Family Magazine) | 920, 1021 |
| Heidi St. John - The Busy Mom | 1010, 1111 |
| Heimlich Heroes | 1935 |
| Henline Productions - PolycarpMovie.com | 427 |
| Hickory Grove Press - Ed Zaccaro | 1204, 1206 |
| Higher Rock Education | 2020 |
| Higher Scores Test Prep | 1735 |
| Historical Conquest | 1934 |
| HomeschoolCPA, Carol Topp | 1420 |
| Home School in the Woods | 1515, 1517 |
| Homeschool Legacy | 1617 |
| Homeschool Manager | 2030 |
| Homeschool Spanish Academy | 1820 |
| Hooked on Science - Jason Lindsey | 811 |
| Houghton College | 108 |
| Institute for Excellence in Writing | 1226, 1228, 1230, 1232 |
| JCESC VLA Homeschool & Ohio Cyber Academy | 1905 |
| Jim Hodges Audio Books | 1502 |
| JM Cremp's - The Boys Adventure Store | 516, 518, 520, 617, 619, 621 |
| Johnston Family Ministry | 927 |
| JoyTunes | 1433 |
| Juice Plus and Tower Garden | 234 |
| Jupiter Coffee House | 436 |
| K-12, Inc. | 1528 |
| Kapla/Tom's Toys | 211 |
| Kentucky Mountain Bible College | 230 |
| Kids Love Travel Guides & History Workbooks | 1711 |
| KidZ at Heart International | 312 |
| Kitchen Specialties and Granary | 210, 212, 311, 313 |
| Kumon Math and Reading Program | 335 |
| La Clase Divertida (The FUN Class!) | 1526 |
| Lamplighter Publishing | 1520, 1621 |
| Landmark Christian Girls Soccer | 2026 |
| Landmark's Freedom Baptist Curriculum | 318, 320 |
| Larry Winkleman Microscope Service | 828 |

| | |
|---|---|
| Latin Road / Phonics Road (Schola Publications) | 819, 821 |
| Learn Differently - Kathy Kuhl | 1104 |
| Learn for Your Life | 1219, 1221 |
| Learning Disability Hope | 1603 |
| LGS Microscopes | 1917 |
| Liberty Bible Academy | 1532 |
| Liberty University Online Academy | 102 |
| Life University | 1936 |
| Logic of English | 1310, 1411 |
| Logos Press | 1915, 1917 |
| Louisville Bible College | 1636 |
| Louisville Kentucky - Possibility City | 931 |
| Lukeion Project, The | 1710 |
| MACARONI AND CHEESE (Anthology) | 1919 |
| Maranatha Baptist University - Online Distance Learning | 1333 |
| Mardel | 1326, 1427 |
| Master's College Online, The | 512, 514 |
| MasterWorks Festival, The | 402 |
| Mathlingual | 1529 |
| Math-U-See/Demme Learning | 1510, 1512, 1514, 1611, 1613, 1615 |
| MCS - Helping Hands Home School Program | 1116 |
| Memoria Press | 1126, 1128, 1130, 1227, 1229, 1231 |
| Michael Gurian and The Gurian Institute | 1203 |
| Middlebury Interactive Languages | 2027 |
| Midway College | 1835 |
| Miller Pads and Paper | 1716, 1718, 1720, 1817, 1819, 1821 |
| Minds -in-Motion | 220 |
| Miracle Mountain Ranch | 1616 |
| Moody Publishers | 1112 |
| Moti-Venture | 720 |
| Mount Vernon Nazarene University | 1806, 1907 |
| Mr D Math | 515 |
| Musical Arts Center | 1933 |
| My Father's World | 1210, 1212, 1214, 1216, 1311, 1313, 1315, 1317 |
| National Bible Bowl | 429 |
| National Center for Biblical Parenting | 1610, 1612 |
| National Center for Life and Liberty | 1006 |
| National Science Teachers Association | 1818 |
| Nature Friend Magazine | 1915 |
| Nature's Workshop Plus! | 926, 928, 1027, 1029 |
| New Saint Andrew's College | 2038 |
| New Tribes Bible Institute | 2031 |
| Northern Kentucky University Music Preparatory | 535 |
| Norwex | 1635 |
| Notgrass History | 1726, 1728, 1730, 1827, 1829, 1831 |

| | |
|---|---|
| Oak Meadow Independent Learning | 1731 |
| OHDELA - Ohio Distance & Electronic Learning Academy | 1334 |
| Ohio Christian University | 630 |
| Ohio Travel & Tourism Information | 627, 629, 631, 633 |
| Ohio Valley Herbal Products | 1732 |
| Ohio Valley University | 333 |
| Ohio YMCA Youth In Government | 1837 |
| Once A Month Meals | 1536 |
| One Year Adventure Novel | 1118, 1120 |
| Pensacola Christian College | 1535 |
| Personhood Ohio – Protecting Every Preborn Ohioan by Love & by Law | 826 |
| PictureThis! Ministries | 919 |
| Pilgrim Institute | 432 |
| Positive Action Bible Curriculum | 416, 418 |
| PragerU - Free Educational Resources | 815 |
| Praxis | 1619 |
| Progeny Press | 1717, 1719 |
| Prudential (Mike & Emily Rudolph) | 1832 |
| Purdue University Gifted Education Resource Institute | 1431 |
| Queen Homeschool Supplies, Inc. | 415, 417, 419, 421, |
| Raddish | 433 |
| Rainbow Resource | 1910, 1912, 1914, 1916, 1918, 1920, 2011, 2013, 2015 |
| Reading Eggs | 110 |
| Read Naturally | 1930 |
| Ready-Made Preschool | 216 |
| Real Science-4-Kids | 1403 |
| Recyclo Craftz Zambian Mission | 637 |
| Reformation Homeschool Academy Curriculum | 334 |
| Regent University | 1234 |
| RightStart Mathematics by Activities for Learning, LLC | 1814 |
| Robot Academy: Lego Robotics Engineering Curriculum with Dr. Block | 1836, 1937 |
| Rock of Israel Ministries | 310 |
| Rod & Staff retailed by Bible Way Books | 1410, 1412, 1414 |
| Roman Roads Media | 1235, 1237 |
| Rose Publishing | 632 |
| Rosetta Stone | 236 |
| Royal Fireworks Press | 1602, 1703 |
| Sacred Revolution Ministries (The Princess Within) | 1034 |
| Samaritan Ministries | 1114 |
| Sandusky County Convention & Visitors Bureau | 2036 |
| Sandy's Crafts | 435, 437 |
| Save the Storks | 1537 |
| Scholaric | 316 |
| School Choice Ohio | 104 |
| Sean McDowell | 1713 |

| | |
|---|---|
| Sequential Spelling | 714, 716 |
| Seton Catholic Homeschool | 404, 406, 507 |
| Seton Testing Services | 505 |
| ShatterPoint Entertainment | 1702 |
| ShillerMath: Montessori Math at Home | 1215 |
| Solomon's Secrets | 616, 618, 620 |
| Sonlight Curriculum | 610, 612, 614, 711, 713, 715 |
| Sonteez Christian T-Shirts | 420, 521 |
| Southern Science Supply | 1626 |
| Stand to Reason - Brett Kunkle | 1715 |
| State History by A Helping Hand | 1413 |
| Students for Life of America | 330 |
| Tapestry of Grace | 911, 913 |
| Taylor University Online | 531 |
| Teaching Self Government: Nicholeen Peck | 400 |
| Teaching Textbooks | 1417, 1419, 1421 |
| The Bair Foundation Child & Family Ministries | 1736 |
| The Books of the Gardener | 528 |
| The College Board | 816 |
| The Etiquette Factory | 1803 |
| The Growly Books | 1637 |
| The Homegrown Preschooler | 626, 727 |
| The Joy of Relationship Homeschooling | 502 |
| The Math Gym | 814 |
| The Mystery of History | 601, 603 |
| The Old School | 932 |
| The Potter's School | 1605 |
| The Princess Parables | 1327 |
| The Shawnee Inn | 1833 |
| The Struggling Reader | 1012 |
| The Ultimate Field Trip - 3D Travel Company | 832 |
| The Underground Movement | 1236 |
| Thirty-One Gifts | 1830 |
| Timbali Crafts | 1926 |
| Timberdoodle Co. | 126, 128, 130, 132, 134, 227, 229, 231, 233, 235 |
| Time4Learning.com | 1714 |
| Timothy Shoemaker, Author, Speaker | 1320 |
| Tina Serra/Young Living Essential Oils | 1331 |
| Total Language Plus | 319, 321 |
| Trekaroo - Kids, Trips, Tips | 933 |
| Turning Point USA | 1727 |
| United Art and Education | 1519, 1521 |
| University of Cincinnati Testing Services | 1628 |
| Usborne Books | 106, 107 |
| Veritas Press | 910, 912, 914, 916, 918, 1011, 1013, 1015, 1017,1019 |

| | |
|---|---|
| Victory Lane Camp | 1630 |
| VideoText Interactive Mathematics | 1903 |
| Virtual Community School of Ohio | 628 |
| Visible Music College | 214 |
| Walsh University | 1134 |
| West Coast Baptist College | 1737 |
| Wings to Soar Online Academy | 114 |
| WordBuild by Dynamic Literacy | 718 |
| Word of Life Bible Institute | 1335 |
| WORLD News Group | 1102 |
| WriteAtHome.com | 1217 |
| Writing with Sharon Watson | 1518 |
| Youth Digital | 1218, 1220, 1319, 1321 |
| YWAM | 1014, 1016, 1018, 1020 |
| Zeezok Publishing | 1511, 1513 |
| ZonderKidz / Zondervan | 605, 607 |