# EXHIBIT D

Case: 1:15-cv-03393 Document #: 44-4 Filed: 11/06/15 Page 2 of 6 PageID #:540





# 1-800-785-3357

Fax: 610-266-7817

Search products

🛒 **SHOPPING CART**
Cart is empty

☰ MENU

Home  /  Search  /  Publisher  /  Sequential Spelling

## CATEGORIES

Search



Orders
View compare list
Return requests
Wish list

Track my order(s)

Order ID/Email  

Sign in          Register

Case: 1:15-cv-03393 Document #: 44-4 Filed: 11/06/15 Page 3 of 6 PageID #:541

## PRODUCT FILTERS

**Grade Level** ˄

- ☐ 2nd (2)
- ☐ 3rd (2)
- ☐ 4th (2)
- ☐ 5th (2)
- ☐ 6th (2)
- ☐ 7th (2)
- ☐ 8th (2)

**Subject Area** ˄

- ☐ English (11)
- ☐ Language Arts (11)

**Publisher** ˄

- ☐ Sequential Spelling (11)

Advanced

## SEQUENTIAL SPELLING

Sequential Spelling has been described as "the best spelling program in the world, indeed the only spelling program that really works!" For almost 40 years, home educators and parents supplementing their children's' classroom instruction have proven that the approach taken by Sequential Spelling works. Sequential Spelling works for dyslexic learners, struggling spellers, and children who are gifted. Sequential Spelling is intended to build on itself as the student develops mastery and confidence. Sequential Spelling's goal is to provide the highest quality language arts curricula for students educating at home.

Case: 1:15-cv-03393 Document #: 44-4 Filed: 11/06/15 Page 4 of 6 PageID #:542




Save 30%  Save 30%

Sequential Spelling Level 1 Teacher's Guide | ~~$16.45~~ **$11.52** | Sequential Spelling Level 1 Workbook | ~~$10.95~~ **$7.70**




Save 30%  Save 30%

Sequential Spelling Level 2 Teacher's Guide | ~~$16.45~~ **$11.52** | Sequential Spelling Level 2 Workbook | ~~$10.95~~ **$7.70**




Save 30%  Save 30%

Sequential Spelling Level 3 Teacher's Guide | ~~$16.45~~ **$11.52** | Sequential Spelling Level 3 Workbook | ~~$10.95~~ **$7.70**

Case: 1:15-cv-03393 Document #: 44-4 Filed: 11/06/15 Page 5 of 6 PageID #:543



Save 30%



Save 23%

| Sequential Spelling Level 4 Workbook | $10.95 **$7.70** | Sequential Spelling Level 5 Workbook | $15.00 **$11.52** |



Save 23%



Save 23%

| Sequential Spelling Level 6 Workbook | $15.00 **$11.52** | Sequential Spelling Level 7 Workbook | $15.00 **$11.52** |



Save 30%

Sequential Spelling Student Response Book...    $10.95 **$7.70**

Case: 1:15-cv-03393 Document #: 44-4 Filed: 11/06/15 Page 6 of 6 PageID #:544

© 1990-2015 Curriculum Express, Home School Supplies.   CSCartTemplates.com