# EXHIBIT E

# iTunes Preview
Overview   Music   Video   Charts

**iTunes is the world's easiest way to organize and add to your digital media collection.**

We are unable to find iTunes on your computer. To download the free app Sequential Spelling by Wave 3 Learning, Inc., get iTunes now.

Already have iTunes? Click I Have iTunes to open it now.    I Have iTunes    Free Download

## Sequential Spelling
### By Wave 3 Learning, Inc.
Open iTunes to buy and download apps.

View More by This Developer

### Description
Sequential Spelling V2.0 is an entirely new app delivering our time-tested and highly successful approach to spelling instruction with new supports and features!
To those who already own V1.X you are entitled to upgrade from V1.x to V2.0 free of charge. Please contact me at

Sequential Spelling Support                                                                                          ...More

### What's New in Version 2.11
Solved Bugs

Free
Category: Education
Updated: Feb 02, 2014
Version: 2.11
Size: 19.9 MB
Language: English
Seller: Wave 3 Learning, Inc.
© Wave 3 Learning, Inc.
Rated 4+

Compatibility: Requires iOS 5.0 or later. Compatible with iPad.

### Customer Ratings
Current Version:
      12 Ratings
All Versions:
      23 Ratings

### Top In-App Purchases
1. Single User            $14.99
2. 5 User Purchase        $29.99
3. Level1 Single User     $14.99
4. Level1 5 User          $24.99
5. Level2 5 User          $24.99
6. Level3 Single User     $14.99
7. 50 User Purchase       $99.99
8. Level3 5 User          $24.99
9. Level2 Single User     $14.99

### iPad Screenshots




### Customer Reviews
Needs work
by Lloyd00007

I really like the idea of this app. My daughter is having a good time being able to work on her spelling on a portable device.

Unfortunately, it is filled with issues. We are now on week 2 and we can't even get the program to open. It just crashes. Also, the voice is really difficult to understand, which leaves her frustrated that she is spelling words incorrectly because she thought it was a different word! Last, I am supposed to be receiving emails about her progress, but never even received an email confirming my registration, so I don't even know what words she is learning unless I do it with her. When I emailed about this problem I was just told that the emails don't work at my domain. That's it.

So overall I cannot recommend this app until they put a little more time into it.

Eh
by Crazy regans

We got this last night to try out. I love the concept, and I hear wonderful things about the program (paper version). My son has issues with writing, which we are working on. So I am trying to cut out unnecessary writing unless it's actual handwriting practice.

...More

Automated voice impossible to understand
by 777 opp

We have used sequential spelling for a few years and were disappointed to find that once again they have released a product that was not ready for students.

...More

## Customers Also Bought

    

| Foundations Mem… | Sight Word Snapper | Foundations Mem… | DD's Dictionary A … | Online Reading Tu… |
| Education | Education | Education | Education | Education |
| View In iTunes | View In iTunes | View In iTunes | View In iTunes | View In iTunes |

### App Store on Facebook and Twitter
Discover and share new apps. Follow us on @AppStore.
11m Like

### iTunes on Facebook
Discover and share new music, movies, TV, books, and more.
31m Like

### iTunes on Twitter
Follow us @iTunes and discover new iTunes Radio Stations and the music we love.

iTunes

| Shop and Learn | Apple Store | For Education | Account | About Apple |
|---|---|---|---|---|
| Mac | Find a Store | Apple and Education | Manage Your Apple ID | Apple Info |
| iPad | Genius Bar | Shop for College | Apple Store Account | Job Opportunities |
| iPhone | Workshops and Learning | | iCloud.com | Press Info |
| Watch | Youth Programs | **For Business** | | Investors |
| Apple Music | Apple Store App | iPhone in Business | **Apple Values** | Events |
| iTunes | Refurbished | iPad in Business | Environment | Hot News |
| iPod | Financing | Mac in Business | Supplier Responsibility | Legal |
| Apple TV | Reuse and Recycling | Shop for Your Business | Accessibility | Contact Apple |
| Accessories | Order Status | | Privacy | |
| Gift Cards | Shopping Help | | Inclusion and Diversity | |
| | | | Education | |

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2015 Apple Inc. All rights reserved.   Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Site Map                                United States