# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AVKO Educational Resource Foundation, Inc. et al | Case No: 15 C 3393 |
| v. | Judge: John W. Darrah |
| Thomas A Morrow et al | |

## ORDER

Ruling on motion hearing held. Plaintiff's motion for preliminary injunction [23] was denied as stated in the record on 10/15/15. Defendants' motion to stay discovery [40] is denied. Plaintiff's motion to compel [42] is granted. Compliance is ordered by 12/2/15. Counterclaim and response to the second amended complaint to be filed by 12/2/15. Status hearing set for 11/19/15 is re-set to 12/8/15 at 9:30 a.m. No appearance is needed on 11/19/15.

(T:) 00:05

Date: 11/10/15                    /s/ Judge John W. Darrah