# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

AVKO Educational Resource Foundation, Inc.

                                  Plaintiff,

v.                                                          Case No.: 1:15−cv−03393

                                                                                  Honorable John W. Darrah

Thomas A Morrow, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 8, 2015:

      MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 1/19/16 at 9:30 a.m. Responsive pleadings to be filed by 1/11/16. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.