**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: AVKO v. Wave 3 & Morrow        Case Number: 15-cv-3393

An appearance is hereby filed by the undersigned as attorney for:
Donald J. McCabe

Attorney name (type or print):  Adam Wolek

Firm:    Wolek & Noack

Street address:    233 S Wacker Dr., Ste. 2100

City/State/Zip:    Chicago, Illinois 60606

Bar ID Number:  6301207                Telephone Number:    (312) 860-9006
(See item 3 in instructions)

Email Address: adamw@wonoip.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/11/2016

Attorney signature:    S/ Adam Wolek
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015