UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| AVKO EDUCATIONAL RESEARCH FOUNDATION, INC., a Michigan nonprofit corporation,<br><br>    Plaintiff,<br><br> v.<br><br>WAVE 3 LEARNING, INC., a Nevada corporation, and THOMAS MORROW, an individual d/b/a SEQUENTIAL SPELLING,<br><br>    Defendants. | Case Number: 15-cv-03393<br><br>Hon. John W. Darrah |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims brought in this action against all parties, with each party to bear its own attorneys' fees and costs.

            /s/ Brian Noack
            Brian Noack
            Wolek & Noack
            233 S. Wacker Drive
            Suite 2140
            Chicago, IL 60606
            Telephone: 239.671.1103
            Facsimile: 709.843.0509
            Email: briann@wonoip.com

            Attorneys for Plaintiff AVKO Educational Research Foundation, Inc. and Counterdefendant Donald McCabe

Date: March 8, 2016

            /s/ Daliah Saper
            Daliah Saper
            Saper Law Offices, LLC
            505 North LaSalle, Suite 350

Chicago, IL 60654
Telephone: (312) 527-4100
Email: ds@saperlaw.com

Attorneys for Defendants and
Counterclaimants Wave 3 Learning, Inc. and
Thomas Morrow

Case: 1:15-cv-03393 Document #: 59 Filed: 03/08/16 Page 2 of 3 PageID #:862

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 8, 2016, he caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.


Dated: March 8, 2016                                WOLEK & NOACK


                                                                 By:     /s/ Brian T. Noack    
                                                                 Brian Noack